# OCTOBER TERM, 1874.

---

## Austin E. Jaquith v. Amos Hale.

*Motion: Statement of grounds:* A motion to dismiss, which fails to state the grounds upon which the motion is based, will not be entertained.

*Heard and decided October 6.*

*Certiorari* to Amos Hale, assessor, etc.

*Moore & Moore,* for defendant in *certiorari,* moved to dismiss.

*F. A. Baker,* for plaintiff in *certiorari,* objected to the hearing of the motion, because in it no grounds are stated upon which it is based.

THE COURT held the objection well taken, and denied the motion, with costs.